IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YRC LOGISTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | FILED: JUNE 17, 2008 |
| | ) | 08CV3477 |
| v. | ) No. | JUDGE HIBBLER |
| | ) | MAGISTRATE JUDGE DENLOW |
| CENTRAL TRANSPORT | ) | TG |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, YRC Logistics, Inc. ("YRC"), by its undersigned attorneys, for its complaint against Defendant, Central Transport International, Inc. ("CTI"), states as follows:

1. YRC is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Kansas.

2. YRC is authorized to do business in the State of Illinois.

3. CTI is a corporation organized under the laws of the State of Michigan, with its principal place of business in the State of Michigan.

4. CTI is a motor carrier authorized to do business within the State of Illinois.

5. This Court has jurisdiction over this dispute pursuant to the grant of diversity jurisdiction to the district courts, 28 U.S.C. § 1332(a), in that there is complete diversity of citizenship and residence between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

-2-

6.    On three occasions between March 26, 2007, and April 23, 2007, Plaintiff caused three electronic transfers of funds to be made to Defendant CTI. The first electronic funds transfer, 2000007, in the amount of $48,226.44, was made on March 26, 2007. The second transfer, 2000049, in the amount of $86,748.06, was made on April 9, 2007. The third transfer, 2000075, in the amount of $43,161.45, was made on April 23, 2007. The three electronic funds transfers were made with respect to freight bills and invoices owed to a carrier other than CTI.

7.    CTI acknowledged receipt of the three electronic funds transfers.

8.    CTI acknowledged that the funds received were not received in connection to invoices that had been issued by CTI.

9.    Despite repeated demands, CTI has failed and refused to refund or repay the funds transferred to CTI on March 26, April 9, and April 23, 2007.

WHEREFORE, Plaintiff requests that judgment be entered against Defendant in the amount of $178,135.95, plus prejudgment interest, costs, and such other relief as the Court may allow.

    Respectfully submitted,

    YRC LOGISTICS, INC.

    By: s/Bruce C. Spitzer
        Bruce C. Spitzer
        Metge, Spitzer & Kreid
        30 West Monroe Street, Suite 630
        Chicago, Illinois 60603
        (312) 580-1710
        ARDC No. 2691604

-3-

## PLAINTIFF'S L.R. 3.2 DISCLOSURE STATEMENT

Party:      YRC Logistics, Inc.

Affiliate:  YRC Worldwide, Inc.

                                              s/Bruce C. Spitzer
                                              Bruce C. Spitzer
                                              Metge, Spitzer & Kreid
                                              Attorney for YRC Logistics, INc.
                                              30 West Monroe Street, Suite 630
                                              Chicago, Illinois  60603
                                              (312) 580-1710
                                              ARDC No. 2691604