## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3477          Assigned/Issued By: DAJ

Judge Name: HIBBLER           Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00                Receipt #: 2864685

Date Payment Rec'd: 06/17/08       Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____              ☐ Other
   *(Type of Writ)*                    _____
                                       _____
                                       *(Type of issuance)*

1 Original and 0 copies on 06/17/08 as to DEF. _____
                           *(Date)*