AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

YRC LOGISTICS, INC.

|  |  |
|---|---|
| CASE NUMBER: | 08CV3477 |
| V. | |
| ASSIGNED JUDGE: | Hibbler |
| CENTRAL TRANSPORT INTERNATIONAL, INC. | |
| DESIGNATED MAGISTRATE JUDGE: | Denlow |

TO: (Name and address of Defendant)

Central Transport International, Inc.
c/o Martin J. Kennedy
Law Offices of Martin J. Kennedy
39 South LaSalle Street, Suite 1400
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce C. Spitzer
Metge, Spitzer & Kreid
30 West Monroe Street, Suite 630
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

_____
**June 17, 2008**
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/18/08 |
| NAME OF SERVER *(PRINT)* Linda Culp | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served defendant's registered agent, Martin J. Kennedy, at 39 S. LaSalle Street, Chicago, IL.

### STATEMENT OF SERVICE FEES — N/A

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/18/08
            Date

Signature of Server: Linda Culp

Address of Server: 30 W. Monroe Street, Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.