**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-3477 |
| YRC LOGISTICS, INC. | |
| v. | |
| CENTRAL TRANSPORT INTERNATIONAL, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CENTRAL TRANSPORT INTERNATIONAL, INC.

| |
|---|
| NAME (Type or print) |
| Ryan A. Mahoney |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ryan A. Mahoney |
| FIRM |
| Sulllivan Hincks & Conway |
| STREET ADDRESS |
| 120 West 22nd Street, Suite 100 |
| CITY/STATE/ZIP |
| Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275418 | (630) 573-5021 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |