# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                           Case Number: 08-CV-3477

YRC LOGISTICS, INC.
v.
CENTRAL TRANSPORT INTERNATIONAL, INC.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CENTRAL TRANSPORT INTERNATIONAL, INC.


| |
|---|
| NAME (Type or print)<br> Matthew P. Barrette |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Matthew P. Barrette |
| FIRM<br> Sulllivan Hincks & Conway |
| STREET ADDRESS<br> 120 West 22nd Street, Suite 100 |
| CITY/STATE/ZIP<br> Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274523 | TELEPHONE NUMBER<br>(630) 573-5021 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |