# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3477 | **DATE** | 8/7/2008 |
| **CASE TITLE** | YRC LOGISTICS, INC. Vs. CENTRAL TRANSPORT INT'L, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/23/08 at 9:30 a.m.  Defendant's oral motion for additional time until 9/8/08 to file an amended counterclaim and affirmative defenses is granted.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | JHC |
|---|---|---|